UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERVAL LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>AOL, INC.; APPLE, INC.; eBAY, INC.; FACEBOOK, INC.; GOOGLE INC.; NETFLIX, INC.; OFFICE DEPOT, INC.; OFFICEMAX INC.; STAPLES, INC.; YAHOO! INC.; AND YOUTUBE, LLC,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY DEMAND** |

## **COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Interval Licensing LLC, files this complaint for patent infringement against Defendants AOL, Inc., Apple, Inc., eBay, Inc., Facebook, Inc., Google Inc., Netflix, Inc., Office Depot, Inc., OfficeMax Inc., Staples, Inc., Yahoo! Inc., and YouTube, LLC. Plaintiff Interval Licensing LLC alleges:

*COMPLAINT FOR PATENT INFRINGEMENT*
*Page 1 of 15*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101-3000
Tel:  (206) 516-3880; Fax: (206) 516-3883

1150437v1/011873

## THE PARTIES

1.   Interval Licensing LLC ("Interval") is a limited liability company duly organized under the laws of the state of Washington, with its principal place of business at 505 Fifth Avenue South, Suite 900, Seattle, WA 98104.

2.   Interval is informed and believes, and on that basis alleges, that Defendant AOL, Inc. ("AOL") is a corporation duly organized and existing under the laws of the state of Delaware, with its principal place of business at 770 Broadway, New York, NY 10003.

3.   Interval is informed and believes, and on that basis alleges, that Defendant Apple, Inc. ("Apple") is a corporation duly organized and existing under the laws of the state of California, with its principal place of business at 1 Infinite Loop, Cupertino, CA 95014.

4.   Interval is informed and believes, and on that basis alleges, that Defendant eBay, Inc. ("eBay") is a corporation duly organized and existing under the laws of the state of Delaware, with its principal place of business at 2145 Hamilton Avenue, San Jose, CA 95125.

5.   Interval is informed and believes, and on that basis alleges, that Defendant Facebook, Inc. ("Facebook") is a corporation duly organized and existing under the laws of the state of Delaware, with its principal place of business at 1601 S. California Avenue, Palo Alto, CA 94304.

6.   Interval is informed and believes, and on that basis alleges, that Defendant Google Inc. ("Google") is a corporation duly organized and existing under the laws of the state of Delaware, with its principal place of business at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

*COMPLAINT FOR PATENT INFRINGEMENT*
*Page 2 of 15*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1150437v1/011873

7. Interval is informed and believes, and on that basis alleges, that Defendant Netflix, Inc. ("Netflix") is a corporation duly organized and existing under the laws of the state of Delaware, with its principal place of business at 100 Winchester Circle, Los Gatos, CA 95032.

8. Interval is informed and believes, and on that basis alleges, that Defendant Office Depot, Inc. ("Office Depot") is a corporation duly organized and existing under the laws of the state of Delaware, with its principal place of business at 6600 North Military Trail, Boca Raton, FL 33496.

9. Interval is informed and believes, and on that basis alleges, that Defendant OfficeMax Inc. ("OfficeMax") is a corporation duly organized and existing under the laws of the state of Delaware, with its principal place of business at 263 Shuman Boulevard, Naperville, IL 60563.

10. Interval is informed and believes, and on that basis alleges, that Defendant Staples, Inc. ("Staples") is a corporation duly organized and existing under the laws of the state of Delaware, with its principal place of business at 500 Staples Drive, Framingham, MA 01702.

11. Interval is informed and believes, and on that basis alleges, that Defendant Yahoo! Inc. ("Yahoo") is a corporation duly organized and existing under the laws of the state of Delaware, with its principal place of business at 701 First Avenue, Sunnyvale, CA 94089.

12. Interval is informed and believes, and on that basis alleges, that Defendant YouTube, LLC ("YouTube") is a limited liability company duly organized and existing

*COMPLAINT FOR PATENT INFRINGEMENT*  
*Page 3 of 15*

SUSMAN GODFREY L.L.P.  
1201 Third Avenue, Suite 3800  
Seattle, WA  98101-3000  
Tel:  (206) 516-3880; Fax: (206) 516-3883

1150437v1/011873

under the laws of the state of California, with its principal place of business at 901 Cherry Avenue, San Bruno, CA 94066.

## JURISDICTION AND VENUE

13. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.* Venue is proper in this Federal Circuit pursuant to 28 U.S.C. §§ 1391(b)-(c) and 1400(b) in that a substantial part of the events giving rise to the claims occurred in this district and the defendants have a regular and established practice of business in this district and have committed acts of infringement in this district.

## INTERVAL RESEARCH CORPORATION WAS A PIONEER IN THE TECHNOLOGY INDUSTRY

14. Interval Research Corporation ("Interval Research") was founded in 1992 by Paul Allen and David Liddle to perform advanced research and development in the areas of information systems, communications, and computer science. Mr. Allen, who served as Interval Research's chairman, was one of the earliest pioneers of personal computer software. He co-founded Microsoft with Bill Gates in 1975 and later founded Vulcan Ventures in 1986. Mr. Liddle served as Interval Research's president and chief executive officer. He was instrumental in developing fundamental technologies starting in the early 1970s when he worked at Xerox at the Palo Alto Research Center.

15. Starting with Mr. Allen, Mr. Liddle, and a handful of scientists and inventors, Interval Research evolved into one of the preeminent technology firms. It employed over 110 of the world's leading scientists, physicists, and engineers, and was at the forefront in designing next-generation science and technology.

*COMPLAINT FOR PATENT INFRINGEMENT*
*Page 4 of 15*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1150437v1/011873

16. In addition to the research that Interval Research conducted, it also provided funding and assistance for other projects. For example, Interval Research served as an outside collaborator to and provided research funding for Sergey Brin and Lawrence Page's research that resulted in Google. Indeed, a Google screenshot dated September 27, 1998 entitled "About Google!" identifies Interval Research in the "Credits" section as one of two "Outside Collaborators" and one of four sources of "Research Funding" for Google. *See* Sept. 27, 1998 Website "About Google!" attached as Exhibit 1.

17. Mr. Brin and Mr. Page also recognized Interval Research's funding in the "Acknowledgements" section of their 1998 research article entitled "Anatomy of a Large-Scale Hypertextual Web Search Engine" in which they "present Google."

18. As a testament to Interval Research's innovation, it was issued approximately 300 patents in less than a decade. Four of those patents are the patents-in-suit.

19. Interval Licensing LLC owns the patents-in-suit. The company is owned and controlled by Mr. Allen.

## INFRINGEMENT OF U.S. PATENT NO. 6,263,507

20. On July 17, 2001, United States Patent No. 6,263,507 ("the '507 patent") was duly and legally issued for an invention entitled "Browser for Use in Navigating a Body of Information, With Particular Application to Browsing Information Represented By Audiovisual Data." Interval was assigned the '507 patent and continues to hold all rights and interest in the '507 patent. A true and correct copy of the '507 patent is attached hereto as Exhibit 2.

21. Defendant AOL has infringed and continues to infringe one or more claims of the '507 patent. AOL is liable for infringing the '507 patent under 35 U.S.C. § 271 by

*COMPLAINT FOR PATENT INFRINGEMENT*
*Page 5 of 15*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1150437v1/011873

making and using websites, hardware, and software to categorize, compare, and display segments of a body of information as claimed in the patent.

22. Defendant Apple has infringed and continues to infringe one or more claims of the '507 patent. Apple is liable for infringing the '507 patent under 35 U.S.C. § 271 by making and using websites, hardware, and software to categorize, compare, and display segments of a body of information as claimed in the patent.

23. Defendant eBay has infringed and continues to infringe one or more claims of the '507 patent. eBay is liable for infringing the '507 patent under 35 U.S.C. § 271 by making and using websites, hardware, and software to categorize, compare, and display segments of a body of information as claimed in the patent.

24. Defendant Google has infringed and continues to infringe one or more claims of the '507 patent. Google is liable for infringing the '507 patent under 35 U.S.C. § 271 by making and using websites, hardware, and software to categorize, compare, and display segments of a body of information as claimed in the patent.

25. Defendant Netflix has infringed and continues to infringe one or more claims of the '507 patent. Netflix is liable for infringing the '507 patent under 35 U.S.C. § 271 by making and using websites, hardware, and software to categorize, compare, and display segments of a body of information as claimed in the patent.

26. Defendant Office Depot has infringed and continues to infringe one or more claims of the '507 patent. Office Depot is liable for infringing the '507 patent under 35 U.S.C. § 271 by making and using websites, hardware, and software to categorize, compare, and display segments of a body of information as claimed in the patent.

*COMPLAINT FOR PATENT INFRINGEMENT*
*Page 6 of 15*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1150437v1/011873

27. Defendant OfficeMax has infringed and continues to infringe one or more claims of the '507 patent. OfficeMax is liable for infringing the '507 patent under 35 U.S.C. § 271 by making and using websites, hardware, and software to categorize, compare, and display segments of a body of information as claimed in the patent.

28. Defendant Staples has infringed and continues to infringe one or more claims of the '507 patent. Staples is liable for infringing the '507 patent under 35 U.S.C. § 271 by making and using websites, hardware, and software to categorize, compare, and display segments of a body of information as claimed in the patent.

29. Defendant Yahoo has infringed and continues to infringe one or more claims of the '507 patent. Yahoo is liable for infringing the '507 patent under 35 U.S.C. § 271 by making and using websites, hardware, and software to categorize, compare, and display segments of a body of information as claimed in the patent.

30. Defendant YouTube has infringed and continues to infringe one or more claims of the '507 patent. YouTube is liable for infringing the '507 patent under 35 U.S.C. § 271 by making and using websites, hardware, and software to categorize, compare, and display segments of a body of information as claimed in the patent.

31. Defendants AOL, Apple, eBay, Google, Netflix, Office Depot, OfficeMax, Staples, Yahoo, and YouTube's acts of infringement have caused damage to Interval, and Interval is entitled to recover from Defendants the damages sustained by Interval as a result of Defendants' wrongful acts in an amount subject to proof at trial. Defendants' infringement of Interval's exclusive rights under the '507 patent will continue to damage Interval, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court. Interval reserves the right to allege, after discovery, that Defendants'

*COMPLAINT FOR PATENT INFRINGEMENT*  
*Page 7 of 15*

SUSMAN GODFREY L.L.P.  
1201 Third Avenue, Suite 3800  
Seattle, WA 98101-3000  
Tel: (206) 516-3880; Fax: (206) 516-3883

1150437v1/011873

infringement is willful and deliberate, entitling Interval to increased damages under 35 U.S.C. § 284 and to attorney's fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## INFRINGEMENT OF U.S. PATENT NO. 6,034,652

32. On March 7, 2000, United States Patent No. 6,034,652 ("the '652 patent") was duly and legally issued for an invention entitled "Attention Manager for Occupying the Peripheral Attention of a Person in the Vicinity of a Display Device." Interval was assigned the '652 patent and continues to hold all rights and interest in the '652 patent. A true and correct copy of the '652 patent is attached hereto as Exhibit 3.

33. Defendant AOL has infringed and continues to infringe one or more claims of the '652 patent. AOL is liable for infringing the '652 patent under 35 U.S.C. § 271 by making, using, offering, providing, and encouraging customers to use products that display information in a way that occupies the peripheral attention of the user as claimed in the patent.

34. Defendant Apple has infringed and continues to infringe one or more claims of the '652 patent. Apple is liable for infringing the '652 patent under 35 U.S.C. § 271 by making, using, offering, providing, and encouraging customers to use products that display information in a way that occupies the peripheral attention of the user as claimed in the patents.

35. Defendant Google has infringed and continues to infringe one or more claims of the '652 patent. Google is liable for infringing the '652 patent under 35 U.S.C. § 271 by making, using, offering, providing, and encouraging customers to use products that display

*COMPLAINT FOR PATENT INFRINGEMENT*
*Page 8 of 15*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1150437v1/011873

information in a way that occupies the peripheral attention of the user as claimed in the patent.

36. Defendant Yahoo has infringed and continues to infringe one or more claims of the '652 patent. Yahoo is liable for infringing the '652 patent under 35 U.S.C. § 271 by making, using, offering, providing, and encouraging customers to use products that display information in a way that occupies the peripheral attention of the user as claimed in the patent.

37. Defendants AOL, Apple, Google, and Yahoo's acts of infringement have caused damage to Interval, and Interval is entitled to recover from Defendants the damages sustained by Interval as a result of Defendants' wrongful acts in an amount subject to proof at trial. Defendants' infringement of Interval's exclusive rights under the '652 patent will continue to damage Interval, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court. Interval reserves the right to allege, after discovery, that Defendants' infringement is willful and deliberate, entitling Interval to increased damages under 35 U.S.C. § 284 and to attorney's fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

**INFRINGEMENT OF U.S. PATENT NO. 6,788,314**

38. On September 7, 2004, United States Patent No. 6,788,314 ("the '314 patent") was duly and legally issued for an invention entitled "Attention Manager for Occupying the Peripheral Attention of a Person in the Vicinity of a Display Device." Interval was assigned the '314 patent and continues to hold all rights and interest in the '314 patent. A true and correct copy of the '314 patent is attached hereto as Exhibit 4.

*COMPLAINT FOR PATENT INFRINGEMENT*  
*Page 9 of 15*

SUSMAN GODFREY L.L.P.  
1201 Third Avenue, Suite 3800  
Seattle, WA 98101-3000  
Tel: (206) 516-3880; Fax: (206) 516-3883

1150437v1/011873

39. Defendant AOL has infringed and continues to infringe one or more claims of the '314 patent. AOL is liable for infringing the '314 patent under 35 U.S.C. § 271 by making, using, offering, providing, and encouraging customers to use products that display information in a way that occupies the peripheral attention of the user as claimed in the patent.

40. Defendant Apple has infringed and continues to infringe one or more claims of the '314 patent. Apple is liable for infringing the '314 patent under 35 U.S.C. § 271 by making, using, offering, providing, and encouraging customers to use products that display information in a way that occupies the peripheral attention of the user as claimed in the patent.

41. Defendant Google has infringed and continues to infringe one or more claims of the '314 patent. Google is liable for infringing the '314 patent under 35 U.S.C. § 271 by making, using, offering, providing, and encouraging customers to use products that display information in a way that occupies the peripheral attention of the user as claimed in the patent.

42. Defendant Yahoo has infringed and continues to infringe one or more claims of the '314 patent. Yahoo is liable for infringing the '314 patent under 35 U.S.C. § 271 by making, using, offering, providing, and encouraging customers to use products that display information in a way that occupies the peripheral attention of the user as claimed in the patent.

43. Defendants AOL, Apple, Google, and Yahoo's acts of infringement have caused damage to Interval, and Interval is entitled to recover from Defendants the damages sustained by Interval as a result of Defendants' wrongful acts in an amount subject to proof

*COMPLAINT FOR PATENT INFRINGEMENT*  
*Page 10 of 15*

SUSMAN GODFREY L.L.P.  
1201 Third Avenue, Suite 3800  
Seattle, WA 98101-3000  
Tel: (206) 516-3880; Fax: (206) 516-3883

1150437v1/011873

at trial. Defendants' infringement of Interval's exclusive rights under the '314 patent will continue to damage Interval, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court. Interval reserves the right to allege, after discovery, that Defendants' infringement is willful and deliberate, entitling Interval to increased damages under 35 U.S.C. § 284 and to attorney's fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## INFRINGEMENT OF U.S. PATENT NO. 6,757,682

44.     On June 29, 2004, United States Patent No. 6,757,682 ("the '682 patent") was duly and legally issued for an invention entitled "Alerting Users to Items of Current Interest." Interval was assigned the '682 patent and continues to hold all rights and interest in the '682 patent. A true and correct copy of the '682 patent is attached hereto as Exhibit 5.

45.     Defendant AOL has infringed and continues to infringe one or more claims of the '682 patent. AOL is liable for infringing the '682 patent under 35 U.S.C. § 271 by making and using websites and associated hardware and software to provide alerts that information is of current interest to a user as claimed in the patent.

46.     Defendant Apple has infringed and continues to infringe one or more claims of the '682 patent. Apple is liable for infringing the '682 patent under 35 U.S.C. § 271 by making and using websites and associated hardware and software to provide alerts that information is of current interest to a user as claimed in the patent.

47.     Defendant eBay has infringed and continues to infringe one or more claims of the '682 patent. eBay is liable for infringing the '682 patent under 35 U.S.C. § 271 by making and using websites and associated hardware and software to provide alerts that information is of current interest to a user as claimed in the patent.

*COMPLAINT FOR PATENT INFRINGEMENT*  
*Page 11 of 15*

SUSMAN GODFREY L.L.P.  
1201 Third Avenue, Suite 3800  
Seattle, WA 98101-3000  
Tel: (206) 516-3880; Fax: (206) 516-3883

1150437v1/011873

48.     Defendant Facebook has infringed and continues to infringe one or more claims of the '682 patent. Facebook is liable for infringing the '682 patent under 35 U.S.C. § 271 by making and using websites and associated hardware and software to provide alerts that information is of current interest to a user as claimed in the patent.

49.     Defendant Google has infringed and continues to infringe one or more claims of the '682 patent. Google is liable for infringing the '682 patent under 35 U.S.C. § 271 by making and using websites and associated hardware and software to provide alerts that information is of current interest to a user as claimed in the patent.

50.     Defendant Netflix has infringed and continues to infringe one or more claims of the '682 patent. Netflix is liable for infringing the '682 patent under 35 U.S.C. § 271 by making and using websites and associated hardware and software to provide alerts that information is of current interest to a user as claimed in the patent.

51.     Defendant Office Depot has infringed and continues to infringe one or more claims of the '682 patent. Office Depot is liable for infringing the '682 patent under 35 U.S.C. § 271 by making and using websites and associated hardware and software to provide alerts that information is of current interest to a user as claimed in the patent.

52.     Defendant OfficeMax has infringed and continues to infringe one or more claims of the '682 patent. OfficeMax is liable for infringing the '682 patent under 35 U.S.C. § 271 by making and using websites and associated hardware and software to provide alerts that information is of current interest to a user as claimed in the patent.

53.     Defendant Staples has infringed and continues to infringe one or more claims of the '682 patent. Staples is liable for infringing the '682 patent under 35 U.S.C. § 271 by

*COMPLAINT FOR PATENT INFRINGEMENT*  
*Page 12 of 15*

SUSMAN GODFREY L.L.P.  
1201 Third Avenue, Suite 3800  
Seattle, WA 98101-3000  
Tel: (206) 516-3880; Fax: (206) 516-3883

1150437v1/011873

making and using websites and associated hardware and software to provide alerts that information is of current interest to a user as claimed in the patent.

54. Defendant Yahoo has infringed and continues to infringe one or more claims of the '682 patent. Yahoo is liable for infringing the '682 patent under 35 U.S.C. § 271 by making and using websites and associated hardware and software to provide alerts that information is of current interest to a user as claimed in the patent.

55. Defendant YouTube has infringed and continues to infringe one or more claims of the '682 patent. YouTube is liable for infringing the '682 patent under 35 U.S.C. § 271 by making and using websites and associated hardware and software to provide alerts that information is of current interest to a user as claimed in the patent.

56. Defendants AOL, Apple, eBay, Facebook, Google, Netflix, Office Depot, OfficeMax, Staples, Yahoo, and YouTube's acts of infringement have caused damage to Interval, and Interval is entitled to recover from Defendants the damages sustained by Interval as a result of Defendants' wrongful acts in an amount subject to proof at trial. Defendants' infringement of Interval's exclusive rights under the '682 patent will continue to damage Interval, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court. Interval reserves the right to allege, after discovery, that Defendants' infringement is willful and deliberate, entitling Interval to increased damages under 35 U.S.C. § 284 and to attorney's fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## JURY DEMAND

57. Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Interval respectfully requests a trial by jury on all issues properly triable by jury.

*COMPLAINT FOR PATENT INFRINGEMENT*  SUSMAN GODFREY L.L.P.
*Page 13 of 15*  1201 Third Avenue, Suite 3800
Seattle, WA  98101-3000
Tel:  (206) 516-3880; Fax: (206) 516-3883

1150437v1/011873

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Interval Licensing LLC requests entry of judgment in its favor and against Defendants as follows:

a) Declaration that (1) Defendants AOL, Apple, eBay, Google, Netflix, Office Depot, OfficeMax, Staples, Yahoo, and YouTube have infringed U.S. Patent No. 6,263,507; (2) Defendants AOL, Apple, eBay, Facebook, Google, Netflix, Office Depot, OfficeMax, Staples, Yahoo, and YouTube have infringed U.S. Patent No. 6,757,682; and (3) Defendants AOL, Apple, Google, and Yahoo have infringed U.S. Patent Nos. 6,034,652 and 6,788,314.

b) Awarding the damages arising out of (1) Defendants' AOL, Apple, eBay, Google, Netflix, Office Depot, OfficeMax, Staples, Yahoo, and YouTube's infringement of U.S. Patent No. 6,263,507; (2) Defendants' AOL, Apple, eBay, Facebook, Google, Netflix, Office Depot, OfficeMax, Staples, Yahoo, and YouTube's infringement of U.S. Patent No. 6,757,682; and (3) Defendants' AOL, Apple, Google, and Yahoo's infringement of U.S. Patent Nos. 6,034,652 and 6,788,314, to Interval, together with prejudgment and post-judgment interest, in an amount according to proof;

c) Permanently enjoining Defendants and their respective officers, agents, employees, and those acting in privity with them, from further infringement, including contributory infringement and/or inducing infringement, of U.S. Patent Nos. 6,263,507, 6,034,652, 6,788,314, and 6,757,682, or in the alternative, awarding a royalty for post-judgment infringement;

d) Awarding attorney's fees pursuant to 35 U.S.C. § 285 or as otherwise permitted by law; and

*COMPLAINT FOR PATENT INFRINGEMENT*  
*Page 14 of 15*

SUSMAN GODFREY L.L.P.  
1201 Third Avenue, Suite 3800  
Seattle, WA  98101-3000  
Tel:  (206) 516-3880; Fax: (206) 516-3883

1150437v1/011873

e)	Awarding such other costs and further relief as the Court may deem just and proper.

Dated: August 27, 2010			*/s/* Justin A. Nelson
					Justin A. Nelson
					WA Bar No. 31864
					E-Mail: jnelson@susmangodfrey.com
					Matthew R. Berry
					WA Bar No. 37364
					E-Mail: mberry@susmangodfrey.com
					SUSMAN GODFREY L.L.P.
					1201 Third Ave, Suite 3800
					Seattle, WA 98101
					Telephone: (206) 516-3880
					Facsimile: (206) 516-3883

					Max L. Tribble, Jr.
					E-Mail: mtribble@susmangodfrey.com
					SUSMAN GODFREY L.L.P.
					1000 Louisiana Street, Suite 5100
					Houston, Texas 77002
					Telephone: (713) 651-9366
					Facsimile: (713) 654-6666

					Michael F. Heim
					E-mail: mheim@hpcllp.com
					Eric J. Enger
					E-mail: eenger@hpcllp.com
					Nathan J. Davis
					E-mail: ndavis@hpcllp.com
					HEIM, PAYNE & CHORUSH, L.L.P.
					600 Travis, Suite 6710
					Houston, Texas 77002
					Telephone: (713) 221-2000
					Facsimile: (713) 221-2021

					Attorneys for INTERVAL LICENSING LLC

*COMPLAINT FOR PATENT INFRINGEMENT*		SUSMAN GODFREY L.L.P.
*Page 15 of 15*					1201 Third Avenue, Suite 3800
						Seattle, WA  98101-3000
						Tel:  (206) 516-3880; Fax: (206) 516-3883

1150437v1/011873