# EXHIBIT 1

Case 2:10-cv-01385-MJP   Document 1-1   Filed 08/27/10   Page 1 of 2



# About Google!

# Links

- Research Papers about Google and the WebBase
- Pictures and stats for the Stanford Google Hardware

# Credits

- Current Development: Sergey Brin, Larry Page, and Craig Silverstein
- Design and Implementation Assistance: Scott Hassan and Alan Steremberg
- Faculty Guidance: Hector Garcia-Molina, Rajeev Motwani, Jeffrey D. Ullman, and Terry Winograd
- Research Funding: NSF, NASA, DARPA and Interval Research
- Equipment Donations: IBM, Intel, and Sun
- Equipment Consulting: Penguin Computing
- Software: GNU, Linux, Python, Parasoft (debugging), and Gimp (logo design)
- Collaborating Groups in the Computer Science Department at Stanford University: The Digital Libraries Project, The Project on People Computers and Design, The Database Group, The Stanford InfoLab, The MIDAS Data Mining Group, and The Theory Division
- Outside Collaborators: Interval Research Corporation and the IBM Almaden Research Center
- Technical Assistance: The Computer Science Department's Computer Facilities Group, Stanford's Distributed Computing and Intra-Networking Systems Group

Last modified: Sun Sep 27 20:26:46 PDT 1998