Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| INTERVAL LICENSING LLC,<br><br>                    Plaintiff,<br><br>       v.<br><br>AOL, INC., et al.,<br><br>                    Defendants. | No. 2:10-CV-01385-MJP<br><br>DEFENDANT APPLE INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P. 12(B)(6)<br><br>NOTE ON MOTION CALENDAR:<br>**November 12, 2010** |

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Apple Inc. ("Apple") respectfully moves the Court to dismiss Interval Licensing LLC's ("Interval") Complaint for Patent Infringement ("Complaint"). Interval has failed to state a claim upon which relief can be granted for the reasons set forth in Google Inc. and YouTube LLC's (collectively, "Google") joint Motion To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted Pursuant To Fed. R. Civ. P. 12(b)(6). (Docket No. 62.)

As summarized in Google's motion, Interval repeats the same, generic, conclusory allegations as the putative basis for Interval's infringement claims against each of the eleven defendants. These allegations fail to comply with the pleading requirements set

APPLE'S MOTION TO DISMISS
NO. 2:10-CV-01385-MJP – Page 1

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1   forth in *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009), and *Bell Atlantic Corp. v. Twombly*, 550
2   U.S. 544 (2007), because the allegations fail to plead sufficient facts to show that Interval
3   has a plausible claim against Apple and the other defendants.  In particular, Interval has
4   failed to identify:

- the specific Apple products and/or services, if any, that allegedly infringe;
- the alleged basis for that infringement (i.e. direct infringement under 35 U.S.C. § 271(a), inducing infringement under § 271(b), and/or contributory infringement under § 271(c)); and
- the alleged factual support necessary to satisfy each material element of each of the three potential bases of infringement.

In short, Interval has sued eleven major corporations and made the same bald assertions that each defendant infringes 197 claims in four patents.  As the U.S. Supreme Court noted in *Twombly*, it is in this type of situation in which courts should use their "power to insist upon some specificity in pleading before allowing a potentially massive factual controversy to proceed."  550 U.S. at 558 (quotation omitted).

In the interest of expeditiously disposing of this case, Apple hereby joins in Google's motion and incorporates by reference the authority and arguments presented therein.  Accordingly, based on that authority and those arguments as well as the analysis in this motion, Apple requests that the Court dismiss Interval's Complaint against Apple.

Apple expressly reserves the right to file its own brief in reply to any opposition filed by Interval.

///
///
///
///
///
///

APPLE'S MOTION TO DISMISS
NO. 2:10-CV-01385-MJP – Page 2

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

| | | |
|---|---|---|
| 1 | DATED: October 21, 2010. | O'MELVENY & MYERS LLP |

By: */s/ Brian M. Berliner*
Brian M. Berliner, CA Bar No. 156732 (*pro hac vice*)
Neil L. Yang, CA Bar No. 262719 (*pro hac vice*)
400 South Hope Street
Los Angeles, CA  90071
Telephone:    213.430.6000
Facsimile:     213.430.6407
Email:  bberliner@omm.com; nyang@omm.com

George A. Riley, CA Bar No. 118304 (*pro hac vice*)
David S. Almeling, CA Bar No. 235449 (*pro hac vice*)
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:    415.984.8700
Facsimile:     415.984.8701
Email:  griley@omm.com; dalmeling@omm.com

YARMUTH WILSDON CALFO PLLC

By: */s/ Jeremy E. Roller*
Scott T. Wilsdon, WSBA No. 20608
Jeremy E. Roller, WSBA No. 32021
818 Stewart Street, Suite 1400
Seattle, WA  98101
Telephone:    206.516.3800
Facsimile:     206.516.3888
Email:  wilsdon@yarmuth.com; jroller@yarmuth.com

*Attorneys for Defendant Apple Inc.*

APPLE'S MOTION TO DISMISS
NO. 2:10-CV-01385-MJP – Page 3

Yarmuth Wilsdon Calfo
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

**Attorneys for Plaintiff**
Justin A. Nelson
Email: jnelson@susmangodfrey.com

**Attorney for Plaintiff**
Matthew R. Berry
Email: mberry@susmangodfrey.com

**Attorney for Plaintiff**
Eric J. Enger
Email: eenger@hpcllp.com

**Attorney for Plaintiff**
Michael F. Heim
Email: mheim@hpcllp.com

**Attorney for Plaintiff**
Nathan J. Davis
Email: ndavis@hpcllp.com

**Attorney for Plaintiff**
Max L. Tribble
Email: mtribble@susmangodfrey.com

**Attorney for eBay, Netflix, Office Depot, & Staples**
J. Christopher Caraway
Email: chris.carraway@klarquist.com

**Attorney for eBay, Netflix, Office Depot, & Staples**
John D. Vandenberg
Email: john.vandenberg@klarquist.com

**Attorney for Google & YouTube**
Aaron Chase
Email: aaron.chase@whitecase.com

**Attorney for Google & YouTube**
Dimitrios T. Drivas
Email: ddrivas@whitecase.com

**Attorney for Google & YouTube**
John Handy
Email: jhandy@whitecase.com

**Attorney for Google & YouTube**
Kevin X. McGann
Email: kmcgann@whitecase.com

**Attorney for Google & YouTube**
Aneelah Afzali
Email: aneelah.afzali@stokeslaw.com

**Attorney for Google & YouTube**
Scott A. W. Johnson
Email: sawj@stokeslaw.com

**Attorney for Office Depot**
Edward J. Bennett
Email: ebennett@wc.com

**Attorney for Office Depot**
Michael D. Hunsinger
Email: mike_hunsingerlawyers@yahoo.com

APPLE'S MOTION TO DISMISS
NO. 2:10-CV-01385-MJP – Page 4

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

| | |
|---|---|
| **Attorney for Office Max** | **Attorney for Office Max** |
| Kevin Carl Baumgardner | Steven Fogg |
| Email: kbaumgardner@corrcronin.com | Email: sfogg@corrcronin.com |
| | |
| **Attorney for Yahoo!** | **Attorney for Yahoo!** |
| Dario A. Machleidt | Eric W. Ow |
| Email: dmachleidt@flhlaw.com | Email: eow@mofo.com |
| | |
| **Attorney for Yahoo!** | **Attorney for Yahoo!** |
| Francis Ho | Matthew I. Kreeger |
| Email: fho@mofo.com | Email: mkreeger@mofo.com |
| | |
| **Attorney for Yahoo!** | **Attorney for Yahoo!** |
| Michael A. Jacobs | Richard S. J. Hung |
| Email: mjacobs@mofo.com | Email: rhung@mofo.com |
| | |
| **Attorney for Yahoo!** | **Attorney for Google & YouTube** |
| Mark P. Walters | Shannon M. Jost |
| Email: mwalters@flhlaw.com | Email: shannon.jost@stokeslaw.com |
| | |
| **Attorney for Google & YouTube** | **Attorney for OfficeMax** |
| Warren S. Heit | Jeffrey D. Neumeyer |
| Email: wheit@whitecase.com | Email: jeffneumeyer@officemax.com |
| | |
| **Attorney for OfficeMax** | |
| John S. Letchinger | |
| Email: letchinger@wildman.com | |

///

///

///

///

///

///

///

///

APPLE'S MOTION TO DISMISS
NO. 2:10-CV-01385-MJP – Page 5

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 21st day of October, 2010 at Seattle, Washington.

*s/ Colette D. Saunders*
Colette D. Saunders

Legal Assistant

APPLE'S MOTION TO DISMISS
NO. 2:10-CV-01385-MJP – Page 6

625.02 kj211503

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888