HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| INTERVAL LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>AOL, INC., et al.,<br><br>Defendants. | Case No. No. 2:10-cv-01385-MJP<br><br>**DEFENDANT FACEBOOK, INC.'S JOINDER IN DEFENDANTS GOOGLE INC. AND YOUTUBE, LLC'S MOTION TO DISMISS OR SEVER FOR MISJOINDER PURSUANT TO FED. R. CIV. P. 20 AND 21**<br><br>NOTED ON MOTION CALENDAR:<br>**November 12, 2010** |

## I.   INTRODUCTION AND RELIEF REQUESTED

Defendant Facebook Inc. ("Facebook") respectfully joins in Defendants Google Inc. and YouTube, LLC's Motion to Dismiss or Sever for Misjoinder Pursuant to Fed. R. Civ. P. 20 and 21 ("Google's Motion to Sever"). (D.I. 63) As set forth in Google's Motion to Sever, Plaintiff Interval Licensing LLC ("Interval") has joined eleven unrelated entities in a single action for patent infringement without alleging any coordinated action between them or any right to relief that arises out of "the same transaction, occurrence, or series of transactions or occurrences." Fed. R. Civ. P. 20(a)(2)(A). Facebook should therefore be dropped from the instant action, or the claim against it should be severed.

**DEFENDANT FACEBOOK, INC.'S JOINDER IN**
**GOOGLE'S MOTION TO DISMISS OR SEVER**
**2:10 -cv-01385-MJP**

**COOLEY LLP**
**719 SECOND AVE., STE. 900**
**SEATTLE, WA  98104 /(206) 452-8700**

## II. ARGUMENT

Under Federal Rule of Civil Procedure ("Rule") 20, a plaintiff cannot join multiple defendants unless two requirements are satisfied: transactional relatedness and commonality. FED. R. CIV. P. 20(a)(2); *see Bravado Int'l Grp. Merch. Servs. v. Cha*, No. 09-9066 PSG (CWx), 2010 WL 2650432, at *1 (C.D. Cal. June 30, 2010). Here, no such transactional relatedness exists, because the claims asserted against the other defendants have insufficient factual commonality with the single claim asserted against Facebook to be found to arise out of the same transaction. *See, e.g.*, *WiAV Networks, LLC v. 3Com Corp.*, No. 10-3448 WHA, 2010 WL 3895047, at *3–4 (N.D. Cal. Oct. 1, 2010) (in patent case asserting claims against "unrelated and competing defendants for their own independent acts of patent infringement," dismissing all but first named defendant for misjoinder). Thus, this Court may dismiss Facebook from this suit or sever the claim asserted against it, pursuant to Rule 21.

Determination of infringement and remedies will be fact specific to each defendant. *See Spread Spectrum Screening, LLC v. Eastman Kodak Co.*, No. 10 C 1101, 2010 WL 3516106, at *2 (N.D. Ill. Sept. 1, 2010). Facebook's products or services accused of infringement of U.S. patent No. 6,757,682 (the "'682 patent")[1] are distinct from those products or services of the other defendants accused of infringement of the '682 patent, as well as distinct from those products or services of other defendants accused of infringement of the three additional patents-in-suit. Further, Interval did not allege that any coordination or common action by Defendants resulted in infringement. Finally, presentation of evidence of the other defendants' accused products or services and financial information, in particular when presented amidst additional patents not relevant to Facebook, would be prejudicial to Facebook at trial.[2]

---

[1] As set forth in Defendant Facebook, Inc.'s Joinder in Defendants Google, Inc. and YouTube, LLC's Motion to Dismiss for Failure to State a Claim upon Which Relief Can Be Granted Pursuant to Fed. R. Civ. P. 12(b)(6), filed concurrently with this motion, and Google's Motion to Dismiss (D.I. 62), the complaint does not set forth any accused products or services. However, all of Facebook's products and services are distinct from the products and services of the other Defendants.

[2] Facebook concurs that coordination or consolidation of discovery, particularly for claim construction and validity purposes, may be employed to preserve judicial efficiency and party resources, and does not object to this Court hearing any re-filed case against Facebook.

DEFENDANT FACEBOOK, INC.'S JOINDER IN
GOOGLE'S MOTION TO DISMISS OR SEVER      2.
2:10-cv-01385-MJP

COOLEY LLP
719 SECOND AVE., STE. 900
SEATTLE, WA 98104 /(206) 452-8700

### III.   CONCLUSION

For the foregoing reasons, and for the reasons discussed in Google's Motion to Sever, Facebook respectfully joins Google's Motion to Sever and requests that the Court dismiss Facebook from this case, or sever the claims against it, because joinder of the defendants here is improper.

DATED this 22nd day of October, 2010.

COOLEY LLP

*/s/ Christopher B. Durbin*
Christopher B. Durbin (WSBA #41159)
COOLEY LLP
719 Second Avenue, Suite 900
Seattle, WA 98104
Tel:   (206) 452-8700
Fax:   (206) 452-8800
Email: cdurbin@cooley.com

COOLEY LLP
Michael G. Rhodes (*pro hac vice* pending)
101 California St., 5th Floor
San Francisco, CA 94111-5800
Tel:   (415) 693-2000
Fax:   (415) 693-2222

Heidi L. Keefe (*pro hac vice* pending)
Mark R. Weinstein (*pro hac vice* pending)
Christen M.R. Dubois (*pro hac vice* pending)
Elizabeth L. Stameshkin (*pro hac vice* pending)
3175 Hanover St.
Palo Alto, CA 94304-1130
Tel:   (650) 843-5000
Fax:   (650) 849-7400

Attorneys for Defendant FACEBOOK, INC.

**DEFENDANT FACEBOOK, INC.'S JOINDER IN
GOOGLE'S MOTION TO DISMISS OR SEVER**   3.
**2:10-cv-01385-MJP**

**COOLEY LLP
719 SECOND AVE., STE. 900
SEATTLE, WA  98104 /(206) 452-8700**

# CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2010, I electronically filed the following document(s): **DEFENDANT FACEBOOK, INC.'S JOINDER IN DEFEDANTS GOOGLE INC. AND YOUTUBE, LLC'S MOTION TO DISMISS OR SEVER FOR MISJOINDER PURSUANT TO FED. R. CIV. P. 20 AND 21** with the Clerk of the Court using the CM/ECF system, which will send an email notification of such filing to the attorney(s) of record listed below.

| | |
|---|---|
| Justin A. Nelson<br>Matthew R. Berry<br>Susman Godfrey<br>1201 Third Avenue, Suite 3800<br>Seattle, WA  98101<br>*Attorneys for Plaintiff Interval Licensing LLC* | By Electronic CM/ECF:<br><br>jnelson@susmangodfrey.com<br>mberry@susmangodfrey.com |
| Eric J. Enger<br>Michael F. Heim<br>Nathan J. Davis<br>HEIM PAYNE & CHORUSH LLP<br>600 Travis Street, Suite 6710<br>Houston, TX  77002<br>*Attorneys for Plaintiff Interval Licensing LLC* | By Electronic CM/ECF:<br><br>eenger@hpcllp.com<br>mheim@hpcllp.com<br>ndavis@hpcllp.com |
| Max L. Tribble<br>SUSMAN GODFREY<br>1000 Lousiana Street, Suite 5100<br>Houston, TX  77002<br>*Attorneys for Plaintiff Interval Licensing LLC* | By Electronic CM/ECF:<br><br>mtribble@susmangodfrey.com |
| Brian M. Berliner<br>Neil L. Yang<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, Suite 1050<br>Los Angeles, CA  90071<br>*Attorneys for Defendant Apple, Inc.* | By Electronic CM/ECF:<br><br>bberliner@omm.com<br>nyan@omm.com |

| | | |
|---|---|---|
| 1 | | |
| 2 | David Almeling | By Electronic CM/ECF: |
| 3 | George A. Riley<br>O'MELVENY & MYERS LLP | dalmeling@omm.com |
| 4 | Two Embarcadero Center, 28th Floor<br>San Francisco, CA  94111 | griley@omm.com |
| 5 | *Attorneys for Defendant Apple, Inc.* | |
| 6 | Jeremy E. Roller | By Electronic CM/ECF: |
| 7 | Scott T. Wilsdon<br>YARMUTH WILSDON CALFO PLLC | jroller@yarmuth.com |
| 8 | 818 Stewart Street, Suite 1400<br>Seattle, WA  98101 | wilsdon@yarmuth.com |
| 9 | *Attorneys for Defendant Apple, Inc.* | |
| 10 | J. Christopher Carraway | By Electronic CM/ECF: |
| 11 | John D. Vandenberg<br>KLARQUIST SPARKMAN | chris.carraway@klarquist.com |
| 12 | 121SW Salmon Street, Suite 1600<br>Portland, OR  97204 | john.vandenberg@klarquist.com |
| 13 | *Attorneys for eBay, Inc.; Netflix, Inc.; Office Depot, Inc.; and Staples, Inc.* | |
| 14 | | |
| 15 | Aneelah Afzali<br>Scott A.W. Johnson | By Electronic CM/ECF: |
| 16 | Shannon M. Jost<br>STOKES LAWRENCE | aneelah.afzali@stokeslaw.com<br>sawj@stokeslaw.com |
| 17 | 800 5th Avenue, Suite 4000<br>Seattle, WA  98104-3179 | shannon.jost@stokeslaw.com |
| 18 | *Attorneys for Defendants Google, Inc. and YouTube LLC* | |
| 19 | | |
| 20 | Dimtrios T. Drivas<br>John Handy | By Electronic CM/ECF: |
| 21 | Kevin X. McGann<br>Aaron Chase | ddrivas@whitecase.com<br>jhandy@whitecase.com |
| 22 | WHITE & CASE<br>1155 Avenue of the Americas | kmcgann@whitecase.com<br>aaron.chase@whitecase.com |
| 23 | New York, NY  10036 | |
| 24 | *Attorneys for Defendants Google, Inc. and YouTube LLC* | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | | |
| 2 | Warren S. Heit<br>WHITE & CASE | By Electronic CM/ECF: |
| 3 | 3000 El Camino Real<br>Bldg. 5, 9th Floor | wheit@whitecase.com |
| 4 | Palo Alto, CA  94306<br>*Attorneys for Defendants Google, Inc. and* | |
| 5 | *YouTube LLC* | |
| 6 | Michael D. Hunsinger | By Electronic CM/ECF: |
| 7 | THE HUNSINGER LAW FIRM<br>100 South King Street, Suite 400 | mike_hunsingerlawyers@yahoo.com |
| 8 | Seattle, WA  98104<br>*Attorneys for Defendant Office Depot, Inc.* | |
| 9 | | |
| 10 | Edward J. Bennett<br>WILLIAMS & CONNOLLY | By Electronic CM/ECF: |
| 11 | 712 12th Street NW<br>Washington, DC  20005-5901 | ebennett@wc.com |
| 12 | *Attorneys for Defendant Office Depot, Inc.* | |
| 13 | Kevin C. Baumgardner | By Electronic CM/ECF: |
| 14 | Steven W. Fogg<br>CORR CRONIN MICHELSON | kbaumgardner@corrcronin.com |
| 15 | BAUMGARDNER & PREECE<br>1001 4th Avenue, Suite 3900 | sfogg@corrcronin.com |
| 16 | Seattle, WA  98154 | |
| 17 | *Attorneys for Defendant OfficeMax Inc.* | |
| 18 | Jeffrey D. Neumeyer<br>OFFICEMAS INCORPORATED | By Electronic CM/ECF: |
| 19 | 1111 West Jefferson Street<br>P.O. Box 50 | JeffNeumeyer@officemax.com |
| 20 | Boise, ID  83728 | |
| 21 | *Attorneys for Defendant OfficeMax Inc.* | |
| 22 | Douglas S. Rupert<br>John L. Letchinger | By Electronic CM/ECF: |
| 23 | WILDMAN, HARROLD ALLEN & DIXON<br>225 West Wacker Drive, Suite 2700 | rupert@wildman.com<br>letchinger@wildman.com |
| 24 | Chicago, IL  60606 | |
| 25 | *Attorneys for Defendant OfficeMax Inc.* | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Eric W. Ow<br>Francis Ho<br>Michael I. Kreeger<br>Michael A. Jacobs<br>Richard S. J. Hung<br>MORRISON & FOERSTER<br>425 Market Street<br>San Francisco, CA  94105<br>*Attorneys for Defendants Yahoo! Inc.* | By Electronic CM/ECF:<br><br>eow@mofo.com<br>fho@mofo.com<br>mkreeger@mofo.com<br>mjacobs@mofo.com<br>rhung@mofo.com |
| Mark P. Walters<br>Dario A. Machleidt<br>FROMMER LAWRENCE & HAUG LLP<br>1191 Second Avenue<br>Seattle, WA  98101<br>*Attorneys for Defendants Yahoo! Inc.* | By Electronic CM/ECF:<br><br>dmachleidt@flhlaw.com<br>mwalters@flhlaw.com |

*/s/Christopher B. Durbin*
Christopher B. Durbin (WSBA #41159)
COOLEY LLP
719 Second Avenue, Suite 900
Seattle, WA  98104-1732
Telephone: (262) 452-8700
Facsimile: (262) 452-8800
Email: cdurbin@cooley.com

Attorneys for Defendant
FACEBOOK, INC.