HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| INTERVAL LICENSING LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>AOL, INC., et al.,<br><br>          Defendants. | Case No. No. 2:10-cv-01385-MJP<br><br>**DEFENDANT FACEBOOK, INC.'S JOINDER IN DEFENDANTS GOOGLE INC. AND YOUTUBE, LLC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. R. 12(b)(6)**<br><br>**NOTED ON MOTION CALENDAR:**<br>**November 12, 2010** |

## I.     INTRODUCTION AND RELIEF REQUESTED

Defendant Facebook, Inc. ("Facebook"), through its undersigned counsel, respectfully joins in the Motion to Dismiss for Failure to State a Claim upon Which Relief Can Be Granted Pursuant to Fed. R. Civ. P. 12(b)(6) filed by defendants Google Inc. and YouTube, LLC ("Google's Motion to Dismiss"). (D.I. 62.) Interval's complaint alleges that Facebook infringes U.S. Patent No. 6,757,682 (the "Fourth Cause of Action"), but does not indicate how the alleged infringement takes place, nor does it identify which products and/or services allegedly infringe. As such, Interval fails to meet the pleading requirements of the Federal Rules as interpreted by *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009) ("*Iqbal*"), and *Bell Atl. Corp. v. Twombly*, 550 U.S. 544

**DEFENDANT FACEBOOK, INC.'S JOINDER IN**
**GOOGLE'S MOTION TO DISMISS**
**2:10-cv-01385-MJP**

COOLEY LLP
719 SECOND AVE., STE. 900
SEATTLE, WA 98104 /(206) 452-8700

(2007) ("*Twombly*").  Because of this failure, Interval's Fourth Cause of Action should be dismissed.

## II.    FACTUAL BACKGROUND

On August 27, 2010, Interval filed its complaint alleging that Facebook along with AOL, Apple, eBay, Google, Netflix, Office Depot, OfficeMax, Staples, Yahoo, and YouTube infringe U.S. Patent No. 6,757,682 ("the '682 Patent"). (D.I. 1 at ¶¶ 45–55.)  Interval's allegations as to the '682 Patent are identical as to each defendant and merely assert that each infringes "by making and using websites and associated hardware and software to provide alerts that information is of current interest to a user as claimed in the patent."[1]  (*Id.*)  Interval's allegations do not identify any Facebook products or services that are being accused of infringement, nor provide a factual basis for the infringement claim.

## III.    ARGUMENT

The Supreme Court's decision in *Twombly* makes clear that a complaint must include "enough facts to state a claim to relief that is plausible on its face."  *Twombly*, 550 U.S. at 570.  The Court further specified in *Iqbal* that in order to be facially plausible, a claim must plead "factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Iqbal*, 129 S. Ct. at 1949.  "A pleading that offers 'labels and conclusions' or a 'formulaic recitation of the elements of a cause of action will not do.'  Nor does a complaint suffice if it tenders 'naked assertion[s]' devoid of 'further factual enhancement.'"  *Id.* (quoting *Twombly*, 550 U.S. at 555, 557).

Interval's allegations in its Fourth Cause of Action against Facebook fail to state a claim for patent infringement under *Twombly* and *Iqbal* because they merely rephrase the title of the '682 Patent, add "websites and associated hardware and software," and state that Facebook's allegedly infringing activity is performed "as claimed in the patent." (D.I. 1 at ¶ 48.)  Interval's

---

[1] The full text of the allegations against Facebook in the Interval complaint are as follows: "Defendant Facebook has infringed and continues to infringe one or more claims of the '682 patent.  Facebook is liable for infringing the '682 patent under 35 U.S.C. § 271 by making and using websites and associated hardware and software to provide alerts that information is of current interest to a user as claimed in the patent." (*Id.* at ¶ 48.)

| | | |
|---|---|---|
| **DEFENDANT FACEBOOK, INC.'S JOINDER IN GOOGLE'S MOTION TO DISMISS** <br> **2:10-cv-01385-MJP** | 2. | **COOLEY LLP** <br> **719 SECOND AVE., STE. 900** <br> **SEATTLE, WA 98104 /(206) 452-8700** |

1  Fourth Cause of Action does not identify the products or services offered by Facebook that

2  allegedly infringe or how Facebook has allegedly infringed the patent-in-suit.  The use of

3  identical allegations against all defendants, who provide widely varying products and services,

4  underscores the lack of specificity of Interval's claims.  For these reasons, Interval's Fourth

5  Cause of Action does not satisfy the pleading requirements set forth in *Twombly* and *Iqbal*,

6  warranting dismissal under Rule 12(b)(6) for failure to state a claim.

## IV.   CONCLUSION

For the foregoing reasons, and for the reasons discussed in Google's Motion to Dismiss, Facebook respectfully requests that the Court dismiss Interval's complaint as to the Fourth Cause of Action against Facebook for failure to state a claim upon which relief can be granted.

DATED this 22nd day of October, 2010.

COOLEY LLP

*/s/ Christopher B. Durbin*
Christopher B. Durbin (WSBA #41159)
COOLEY LLP
719 Second Avenue, Suite 900
Seattle, WA 98104
Tel:   (206) 452-8700
Fax:   (206) 452-8800
Email: cdurbin@cooley.com

COOLEY LLP
Michael G. Rhodes (*pro hac vice* pending)
101 California St., 5th Floor
San Francisco, CA 94111-5800
Tel:   (415) 693-2000
Fax:   (415) 693-2222

Heidi L. Keefe (*pro hac vice* pending)
Mark R. Weinstein (*pro hac vice* pending)
Christen M.R. Dubois (*pro hac vice* pending)
Elizabeth L. Stameshkin (*pro hac vice* pending)
3175 Hanover St.
Palo Alto, CA 94304-1130
Tel:   (650) 843-5000
Fax:   (650) 849-7400

Attorneys for Defendant FACEBOOK, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2010, I electronically filed the following document(s): **DEFENDANT FACEBOOK, INC.'S JOINDER IN DEFENDANTS GOOGLE, INC. AND YOUTUBE, LLC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED.R. CIV. P. 12(B)(6)** with the Clerk of the Court using the CM/ECF system, which will send an email notification of such filing to the attorney(s) of record listed below.

| | |
|---|---|
| Justin A. Nelson<br>Matthew R. Berry<br>Susman Godfrey<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101<br>*Attorneys for Plaintiff Interval Licensing LLC* | By Electronic CM/ECF:<br><br>jnelson@susmangodfrey.com<br>mberry@susmangodfrey.com |
| Eric J. Enger<br>Michael F. Heim<br>Nathan J. Davis<br>HEIM PAYNE & CHORUSH LLP<br>600 Travis Street, Suite 6710<br>Houston, TX 77002<br>*Attorneys for Plaintiff Interval Licensing LLC* | By Electronic CM/ECF:<br><br>eenger@hpcllp.com<br>mheim@hpcllp.com<br>ndavis@hpcllp.com |
| Max L. Tribble<br>SUSMAN GODFREY<br>1000 Lousiana Street, Suite 5100<br>Houston, TX 77002<br>*Attorneys for Plaintiff Interval Licensing LLC* | By Electronic CM/ECF:<br><br>mtribble@susmangodfrey.com |
| Brian M. Berliner<br>Neil L. Yang<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, Suite 1050<br>Los Angeles, CA 90071<br>*Attorneys for Defendant Apple, Inc.* | By Electronic CM/ECF:<br><br>bberliner@omm.com<br>nyan@omm.com |

| | | |
|---|---|---|
| 1 | | |
| 2 | David Almeling<br>George A. Riley | By Electronic CM/ECF: |
| 3 | O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor | dalmeling@omm.com<br>griley@omm.com |
| 4 | San Francisco, CA  94111<br>*Attorneys for Defendant Apple, Inc.* | |
| 5 | | |
| 6 | Jeremy E. Roller<br>Scott T. Wilsdon | By Electronic CM/ECF: |
| 7 | YARMUTH WILSDON CALFO PLLC<br>818 Stewart Street, Suite 1400 | jroller@yarmuth.com<br>wilsdon@yarmuth.com |
| 8 | Seattle, WA  98101<br>*Attorneys for Defendant Apple, Inc.* | |
| 9 | | |
| 10 | J. Christopher Carraway<br>John D. Vandenberg | By Electronic CM/ECF: |
| 11 | KLARQUIST SPARKMAN<br>121SW Salmon Street, Suite 1600 | chris.carraway@klarquist.com<br>john.vandenberg@klarquist.com |
| 12 | Portland, OR  97204 | |
| 13 | *Attorneys for eBay, Inc.; Netflix, Inc.; Office Depot, Inc.; and Staples, Inc.* | |
| 14 | | |
| 15 | Aneelah Afzali<br>Scott A.W. Johnson | By Electronic CM/ECF: |
| 16 | Shannon M. Jost<br>STOKES LAWRENCE | aneelah.afzali@stokeslaw.com<br>sawj@stokeslaw.com |
| 17 | 800 5th Avenue, Suite 4000<br>Seattle, WA  98104-3179 | shannon.jost@stokeslaw.com |
| 18 | *Attorneys for Defendants Google, Inc. and YouTube LLC* | |
| 19 | | |
| 20 | Dimtrios T. Drivas<br>John Handy | By Electronic CM/ECF: |
| 21 | Kevin X. McGann<br>Aaron Chase | ddrivas@whitecase.com<br>jhandy@whitecase.com |
| 22 | WHITE & CASE<br>1155 Avenue of the Americas | kmcgann@whitecase.com<br>aaron.chase@whitecase.com |
| 23 | New York, NY  10036 | |
| 24 | *Attorneys for Defendants Google, Inc. and YouTube LLC* | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**
2:10 -cv-01385-MJP

2.

**COOLEY LLP**
719 Second Ave., Ste. 900
Seattle, WA  98104 / (206) 452-8700

| | | |
|---|---|---|
| 1 | | |
| 2 | Warren S. Heit<br>WHITE & CASE | By Electronic CM/ECF: |
| 3 | 3000 El Camino Real<br>Bldg. 5, 9th Floor | wheit@whitecase.com |
| 4 | Palo Alto, CA 94306<br>*Attorneys for Defendants Google, Inc. and* | |
| 5 | *YouTube LLC* | |
| 6 | Michael D. Hunsinger | By Electronic CM/ECF: |
| 7 | THE HUNSINGER LAW FIRM<br>100 South King Street, Suite 400 | mike_hunsingerlawyers@yahoo.com |
| 8 | Seattle, WA 98104<br>*Attorneys for Defendant Office Depot, Inc.* | |
| 9 | | |
| 10 | Edward J. Bennett<br>WILLIAMS & CONNOLLY | By Electronic CM/ECF: |
| 11 | 712 12th Street NW<br>Washington, DC 20005-5901 | ebennett@wc.com |
| 12 | *Attorneys for Defendant Office Depot, Inc.* | |
| 13 | Kevin C. Baumgardner | By Electronic CM/ECF: |
| 14 | Steven W. Fogg<br>CORR CRONIN MICHELSON | kbaumgardner@corrcronin.com |
| 15 | BAUMGARDNER & PREECE<br>1001 4th Avenue, Suite 3900 | sfogg@corrcronin.com |
| 16 | Seattle, WA 98154<br>*Attorneys for Defendant OfficeMax Inc.* | |
| 17 | | |
| 18 | Jeffrey D. Neumeyer<br>OFFICEMAS INCORPORATED | By Electronic CM/ECF: |
| 19 | 1111 West Jefferson Street<br>P.O. Box 50 | JeffNeumeyer@officemax.com |
| 20 | Boise, ID 83728<br>*Attorneys for Defendant OfficeMax Inc.* | |
| 21 | | |
| 22 | Douglas S. Rupert<br>John L. Letchinger | By Electronic CM/ECF: |
| 23 | WILDMAN, HARROLD ALLEN & DIXON<br>225 West Wacker Drive, Suite 2700 | rupert@wildman.com<br>letchinger@wildman.com |
| 24 | Chicago, IL 60606<br>*Attorneys for Defendant OfficeMax Inc.* | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | | |
| 2 | Eric W. Ow<br>Francis Ho | By Electronic CM/ECF: |
| 3 | Michael I. Kreeger<br>Michael A. Jacobs | eow@mofo.com<br>fho@mofo.com |
| 4 | Richard S. J. Hung<br>MORRISON & FOERSTER | mkreeger@mofo.com<br>mjacobs@mofo.com |
| 5 | 425 Market Street<br>San Francisco, CA 94105 | rhung@mofo.com |
| 6 | *Attorneys for Defendants Yahoo! Inc.* | |

Mark P. Walters                                By Electronic CM/ECF:
Dario A. Machleidt
FROMMER LAWRENCE & HAUG LLP    dmachleidt@flhlaw.com
1191 Second Avenue                             mwalters@flhlaw.com
Seattle, WA 98101
*Attorneys for Defendants Yahoo! Inc.*


*/s/Christopher B. Durbin*
Christopher B. Durbin (WSBA #41159)
COOLEY LLP
719 Second Avenue, Suite 900
Seattle, WA 98104-1732
Telephone: (262) 452-8700
Facsimile: (262) 452-8800
Email: cdurbin@cooley.com

Attorneys for Defendant
FACEBOOK, INC.