THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERVAL LICENSING LLC,<br><br>         Plaintiff,<br><br>   v.<br><br>AOL Inc., et al.,<br><br>         Defendants. | Case No. 2:10-cv-1385 MJP<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>**Note on Motion Calendar: December 14, 2010** |

This matter came before the Court on the stipulated motion of Stokes Lawrence, P.S. and Summit Law Group PLLC to substitute Summit Law Group as counsel of record for Defendant AOL Inc. in place of Stokes Lawrence in this matter pursuant to GR 2(g)(4)(A). The Court has considered the pleadings and papers filed in connection with said motion and all other matters properly before the Court. Therefore,

IT IS HEREBY ORDRED that the Motion is GRANTED.

DATED this 15th day of December, 2010.

Marsha J. Pechman
United States District Judge

ORDER GRANTING MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1
CASE NO. 2:10-CV-1385 MJP

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1 | Presented by:

2 | STOKES LAWRENCE, P.S.

3

4 | By:  s/ Shannon M. Jost
     Shannon M. Jost (WSBA #32511)
     Scott A.W. Johnson (WSBA #15543)
5 |     Aneelah Afzali (WSBA #34552)

6
   | ***Withdrawing Attorneys for Defendant***
7 | ***AOL Inc.***

8

9 | SUMMIT LAW GROUP PLLC

10

11 | By:  s/ Molly A. Terwilliger
     Molly A. Terwilliger (WSBA #28449)
     *mollyt@summitlaw.com*

12

13 | ***Substituting Attorneys for Defendant***
   | ***AOL Inc.***

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 2
CASE NO. 2:10-CV-1385 MJP

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000