# EXHIBIT 17



# EXHIBIT 18



# EXHIBIT 19



# EXHIBIT 20



# EXHIBIT 21



# EXHIBIT 22



# EXHIBIT 23



# EXHIBIT 24



# EXHIBIT 25



# EXHIBIT 26



# EXHIBIT 27



# EXHIBIT 28



# EXHIBIT 29



* * *



# EXHIBIT 30



# EXHIBIT 31



# EXHIBIT 32



# EXHIBIT 33



# EXHIBIT 34



# EXHIBIT 35



# EXHIBIT 36



# EXHIBIT 37



**OfficeMax** WORK WITH US®

Welcome Rajesh! Sign Out | My Account | Gift Cards |
Order By Number | Weekly Ad | Store Locator | Contact Us | Track an Order |

My Cart: $2,398.95 (4 items)

OFFICE SUPPLIES | PAPER | TECHNOLOGY | INK & TONER | OFFICE FURNITURE

Keyword or Item #     SEARCH

HOME > TECHNOLOGY > COMPUTERS > LAPTOP COMPUTERS AND TABLET PCS

Print   Email a Friend

### COMPAQ PRESARIO CQ62-220US NOTEBOOK PC

Avg. Customer Ratings: ★★★★★ 4.7 out of 5 (3 reviews)
Read reviews | Write a review

Reg: $529.99
Save 19% -$100.00
**Your Price: $429.99**
INSTANT SAVINGS

Ships in: 1 to 3 days
Item #: 22334243
Manufacturer #: CQ62-220US

Featuring: AMD Athlon II Processor, 320 GB Hard Drive, 3GB Memory, Windows 7 Home Premium, 15.6" diagonal widescreen

See Windows 7 in action

**Features**
- VISION Technology with an AMD Athlon II Dual-Core Processor for Notebook PCs P320 (2.1GHz, 1MB L2 cache)
- Genuine Windows® 7 Home Premium (64-bit)
- 15.6" diagonal high-definition HP BrightView widescreen LED display (1366 x 768)
- 3GB DDR3 system memory
- 320GB 5400rpm SATA hard drive
- LightScribe SuperMulti 8X DVD±R/RW drive with Double Layer support
- 802.11b/g/n WLAN
- Textured HP Imprint finish in matte black
- 6-cell Li-Ion battery
- 1-year limited warranty

Quantity:        ADD TO CART

ADD TO FAVORITES

**RELATED PRODUCTS**

Maxbaxurance 2yr Laptop SVC $300-699
Item #:21721208
Unit: EA
Ships in: 1 to 3 days
Price: $149.99

Quantity:        ADD TO CART

HP Photosmart Premium All-in-One
★★★★☆ 3.8 out of 5
Item #:21907227
Unit: EA
Ships in: 1 to 3 days
Price: $499.99 $149.99
INSTANT SAVINGS

Quantity:        ADD TO CART

Microsoft Office Home & Student 2010
Product Key Card
Item #:22311231
Unit: EA

### TECHNICAL DETAILS     ACCESSORIES     CUSTOMER REVIEWS

The Compaq Presario CQ62 series offers the essential features and applications you need to enhance your productivity. Convenient one-touch keys provide instant access to your e-mail, the Web, and other functions you use most. Get fast, comfortable performance with the CQ62.

Warranty     1-year limited hardware warranty, 1-year free hardware technical support, 30-day free limited software support

**Product Specs:**
Hard Drive Size     320 GB

# EXHIBIT 38



# EXHIBIT 39



# EXHIBIT 40

