HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERVAL LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>AOL, INC.,<br><br>Defendant. | Case No. 2:10-cv-01385-MJP<br><br>**JOINT STATUS REPORT REQUESTING ALTERATIONS TO SCHEDULE** |
| INTERVAL LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | CASE NO. C11-708-MJP<br><br>LEAD CASE NO. C10-1385-MJP |
| INTERVAL LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>EBAY INC.,<br><br>Defendant. | CASE NO. C11-709-MJP<br><br>LEAD CASE NO. C10-1385-MJP |

**JOINT STATUS REPORT**
(2:10-cv-01385-MJP – LEAD CASE)

KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
Tel: (503) 595-5300; Fax: (503) 595-5301

| | | |
|---|---|---|
| 1 | INTERVAL LICENSING LLC, | |
| 2 | Plaintiff, | CASE NO. C11-710-MJP |
| 3 | v. | LEAD CASE NO. C10-1385-MJP |
| 4 | | |
| 5 | FACEBOOK, INC., | |
| 6 | Defendant. | |
| 7 | | |
| 8 | INTERVAL LICENSING LLC, | CASE NO. C11-711-MJP |
| 9 | Plaintiff, | |
| 10 | v. | LEAD CASE NO. C10-1385-MJP |
| 11 | GOOGLE, INC., | |
| 12 | Defendant. | |
| 13 | | |
| 14 | INTERVAL LICENSING LLC, | CASE NO. C11-712-MJP |
| 15 | Plaintiff, | |
| 16 | v. | LEAD CASE NO. C10-1385-MJP |
| 17 | NETFLIX, INC., | |
| 18 | Defendant. | |
| 19 | | |
| 20 | INTERVAL LICENSING LLC, | |
| 21 | Plaintiff, | CASE NO. C11-713-MJP |
| 22 | v. | LEAD CASE NO. C10-1385-MJP |
| 23 | | |
| 24 | OFFICE DEPOT, INC., | |
| 25 | Defendant. | |
| 26 | | |
| 27 | | |

**JOINT STATUS REPORT**
(2:10-cv-01385-MJP – LEAD CASE)

KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204
Tel: (503) 595-5300; Fax: (503) 595-5301

| | | |
|---|---|---|
| 1 | INTERVAL LICENSING LLC, | |
| 2 | Plaintiff, | CASE NO. C11-714-MJP |
| 3 | v. | LEAD CASE NO. C10-1385-MJP |
| 4 | OFFICEMAX, INC., | |
| 5 | Defendant. | |
| 6 | | |
| 7 | INTERVAL LICENSING LLC, | |
| 8 | Plaintiff, | CASE NO. C11-715-MJP |
| 9 | v. | LEAD CASE NO. C10-1385-MJP |
| 10 | STAPLES, INC., | |
| 11 | Defendant. | |
| 12 | | |
| 13 | INTERVAL LICENSING LLC, | |
| 14 | Plaintiff, | CASE NO. C11-716-MJP |
| 15 | v. | LEAD CASE NO. C10-1385-MJP |
| 16 | YAHOO! INC., | |
| 17 | Defendant. | |
| 18 | | |
| 19 | INTERVAL LICENSING LLC, | |
| 20 | Plaintiff, | CASE NO. C11-717-MJP |
| 21 | v. | LEAD CASE NO. C10-1385-MJP |
| 22 | YOUTUBE, INC., | |
| 23 | Defendant. | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |

**JOINT STATUS REPORT**
(2:10-cv-01385-MJP – LEAD CASE)

KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204
Tel: (503) 595-5300; Fax: (503) 595-5301

The Court's Order of April 29, 2011 Granting Severance and Consolidating Cases [Dkt. No. 229] granted defendants' motions for severance but consolidated the eleven actions for all pretrial proceedings and for trial. The Court also ordered that the current scheduling order in this case (C10-1385-MJP, Dkt. No. 178) will govern all eleven actions, but instructed the parties to meet and confer and file a joint status report as to what dates in the current scheduling order need to be amended or altered. The parties have conferred and agreed that certain dates should be adjusted, and have set forth proposed amendments to the existing scheduling order.

There are two categories of adjustments proposed.

First, the date for opening expert reports falls on the Monday after the Thanksgiving holiday. In view of the holiday, the parties request a one week adjustment of that date, as well as adjustments to the related expert dates. These adjustments do not change any other dates.

Second, the Order of April 29, 2011, consolidated the actions for all purposes including trial, but noted that "[t]he Court does not make any binding determination as to how it will run the trials in this matter. That issue will be decided later." Defendants each continue to object to consolidation for trial, and Interval continues to believe that consolidation for trial is appropriate.

The parties propose that issues relating to the structure of trial proceedings be addressed at the scheduled January 13, 2012 Status Conference, but the parties disagree on whether the existing trial dates should remain on the calendar in the interim.

Interval requests that all dates in the Scheduling Order, including the trial dates, remain in effect to preserve the trials on the Court's docket, which are currently scheduled in June and July 2012. Removing the trial dates from the calendar would significantly increase the risk of delaying the trials, which would likely lead to increased costs for the parties and more work for the Court. The parties would meet and confer in advance of the January 13, 2012 Status Conference and submit a joint status report with suggested trial procedures by January 6, 2012.

Defendants request that the current dates for the for the Pretrial Order, the Pretrial Conferences, Trial Briefs, Voir Dire Questions, Proposed Jury Instructions, and Trial Exhibit

Lists, and Trials be removed from the current schedule.  The parties would meet and confer in advance of the January 13, 2012 conference, and submit a joint status report with suggested trial procedures and proposed dates for these deadlines by January 6, 2012.

**Suggested Adjusted Deadlines**

| Event | Scheduled Date | Suggested Adjusted Date |
|---|---|---|
| **Opening Expert Reports on all issues** | 11/28/2011 | 12/05/2011 |
| **Rebuttal Expert Reports Due** | 12/30/2011 | 01/06/2012 |
| **Complete all Expert Discovery** | 01/13/2012 | 01/25/2012 |
| **Joint Status Report to address trial issues** |  | 01/06/2012 |

DATED this 16th day of May, 2011.

/s/ Matthew R. Berry (with permission)

Justin A. Nelson, WSBA No. 31864
jnelson@susmangodfrey.com
Matthew R. Berry. WSBA No. 37364
mberry@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington  98101
Tel:  (206) 516-3880

Max L. Tribble, Jr. (*pro hac vice*)
mtribble@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas  77002
Tel:  (713) 651-9366

Oleg Elkhunovich (*pro hac vice*)
oelkhunovich@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California  90067
Tel:  (310) 789-3900

Michael F. Heim (*pro hac vice*)
mheim@hpcllp.com
Eric J. Enger (*pro hac vice*)
eenger@hpcllp.com
Nathan J. Davis (*pro hac vice*)
ndavis@hpcllp.com
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis, Suite 6710
Houston, Texas  77002
Tel:  (713) 221-2000

Douglas R. Wilson
dwilson@hcpllp.com
HEIM, PAYNE & CHORUSH, L.L.P.
9442 Capital of Texas Highway North
Plaza 1, Suite 500-146
Austin, Texas  78759
Tel:  (512) 343-3622

*Attorneys for Plaintiff Interval Licensing LLC*

| | |
|---|---|
| */s/ Cortney S. Alexander (with permission)* | Molly A. Terwilliger, WSBA No. 28449 |
| Gerald F. Ivey (*pro hac vice*) | mollyt@summitlaw.com |
| gerald.ivey@finnegan.com | SUMMIT LAW GROUP PLLC |
| Robert L. Burns (*pro hac vice*) | 315 Fifth Avenue S., Suite 1000 |
| robert.burns@finnegan.com | Seattle, Washington  98104 |
| Elliot C. Cook (*pro hac vice*) | Tel:  (206) 676-7000 |
| elliot.cook@finnegan.com | |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | |
| 901 New York Avenue, N.W. | |
| Washington, D.C.  20001-4413 | |
| Tel:  (202) 408-4000 | |

Robert L. Burns (*pro hac vice*)
robert.burns@finnegan.com
Elliot C. Cook (*pro hac vice*)
elliot.cook@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
11955 Freedom Drive
Reston, Virginia 20190-5675
Tel:  (571) 230-2700

Cortney S. Alexander (*pro hac vice*)
cortney.alexander@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia  30308-3263
Tel:  (404) 653-6400

*Attorneys for Defendant AOL Inc.*

1  /s/ Brian M. Berliner (with permission)
   Brian M. Berliner (*pro hac vice*)           Scott T. Wilsdon, WSBA No. 20608
2  bberliner@omm.com                            wilsdon@yarmuth.com
   Neil L. Yang (*pro hac vice*)                Jeremy E. Roller, WSBA No. 32021
3  nyang@omm.com                                jroller@yarmuth.com
   O'MELVENY & MYERS LLP                        YARMUTH WILSDON CALFO PLLC
4  400 South Hope Street                        818 Stewart Street, Suite 1400
   Los Angeles, California  90071               Seattle, Washington  98101
5  Tel:  (213) 430-6000                         Tel:  (206) 516-3800
6
   George A. Riley (*pro hac vice*)
7  griley@omm.com
   David S. Almeling (*pro hac vice*)
8  dalmeling@omm.com
   O'MELVENY & MYERS LLP
9  Two Embarcadero Center, 28th Floor
   San Francisco, California  94111
10 Tel:  (415) 984-8700

11

12               *Attorneys for Defendant Apple Inc.*

13

14 /s/ Kristin L. Cleveland
   J. Christopher Carraway, WSBA No. 37944       Christopher T. Wion, WSBA No. 33207
15 chris.carraway@klarquist.com                  chrisw@dhlt.com
   Kristin L. Cleveland (*pro hac vice*)         Arthur W. Harrigan, Jr., WSBA No. 1751
16 kristin.cleveland@klarqusit.com               arthurh@dhlt.com
   Klaus H. Hamm (*pro hac vice*)                DANIELSON HARRIGAN LEYH &
17 klaus.hamm@klarquist.com                      TOLLEFSON LLP
   Derrick W. Toddy (*pro hac vice*)
18 derrick.toddy@klarquist.com                   999 Third Avenue, Suite 4400
   John D. Vandenberg, WSBA No. 38445            Seattle, Washington  98104
19 john.vandenberg@klarquist.com                 Tel:  (206) 623-1700
20 KLARQUIST SPARKMAN, LLP
   121 S.W. Salmon Street, Suite 1600
21 Portland, Oregon  97204
   Tel:  (503) 595-5300
22

23     *Attorneys for Defendants eBay Inc., Netflix, Inc., Office Depot, Inc., and Staples, Inc.*

24

25

26

27

**JOINT STATUS REPORT**                   - 4 -              KLARQUIST SPARKMAN, LLP
(2:10-cv-01385-MJP – LEAD CASE)                              121 S.W. Salmon Street, Suite 1600
                                                             Portland, OR  97204
                                                             Tel: (503) 595-5300; Fax: (503) 595-5301

| | |
|---|---|
| Michael G. Rhodes (*pro hac vice*)<br>mrhodes@cooley.com<br>COOLEY LLP<br>101 California St., 5th Floor<br>San Francisco, California  94111<br>Tel:  (415) 693-2000<br><br>Heidi L. Keefe (*pro hac vice*)<br>hkeefe@cooley.com<br>Mark R. Weinstein (*pro hac vice*)<br>mweinstein@cooley.com<br>Sudhir A. Pala (*pro hac vice*)<br>spala@cooley.com<br>Elizabeth L. Stameshkin (*pro hac vice*)<br>lstameshkin@cooley.com<br>COOLEY LLP<br>3175 Hanover St.<br>Palo Alto, California  94304<br>Tel:  (650) 843-5000 | */s/ Christopher Durbin (with permission)*<br>Christopher B. Durbin, WSBA No. 41159<br>cdurbin@cooley.com<br>COOLEY LLP<br>719 Second Avenue, Suite 900<br>Seattle, Washington  98104<br>Tel:  (206) 452-8700 |

*Attorneys for Defendant Facebook, Inc.*

| | |
|---|---|
| Kevin X. McGann - (212) 819-8312 (*pro hac vice*) kmcgann@whitecase.com Dimitrios T. Drivas - (212) 819-8286 (*pro hac vice*) ddrivas@whitecase.com John Handy - (212) 819-8790 (*pro hac vice*) jhandy@whitecase.com Aaron Chase - (212) 819-2516 (*pro hac vice*) achase@whitecase.com WHITE & CASE LLP 1155 Avenue of the Americas New York, New York  10036 <br><br> Warren S. Heit - (650) 213-0321 (*pro hac vice*) wheit@whitecase.com Wendi Schepler - (650) 213-0323 (*pro hac vice*) wschepler@whitecase.com WHITE & CASE LLP 3000 El Camino Real Building 5, 9th Floor Palo Alto, California  94306 | */s/ Shannon M. Jost (with permission)* Shannon M. Jost, WSBA No. 32511 shannon.jost@stokeslaw.com Scott A.W. Johnson, WSBA No. 15543 scott.johnson@stokeslaw.com Theresa H. Wang (WSBA #39784) theresa.wang@stokeslaw.com STOKES LAWRENCE, P.S. 800 Fifth Avenue, Suite 4000 Seattle, Washington  98104 Tel:  (206) 626-6000 |

*Attorneys for Defendants Google Inc. and YouTube, LLC*

| | |
|---|---|
| John S. Letchinger (*pro hac vice*) letchinger@wildman.com Douglas S. Rupert (*pro hac vice*) rupert@wildman.com WILDMAN, HARROLD, ALLEN & DIXON LLP 225 West Wacker Drive, Suite 2800 Chicago, Illinois  60606 Tel:  (312) 201-2698 <br><br> Jeffrey D. Neumeyer, WSBA No. 35183 JeffNeumeyer@OfficeMax.com OfficeMax Incorporated 1111 West Jefferson Street, Suite 510 Boise, Idaho  83702 Tel:  (208) 388-4177 | */s/ Kevin C. Baumgardner (with permission)* Kevin C. Baumgardner, WSBA No. 14263 kbaumgardner@corrcronin.com Steven W. Fogg, WSBA No. 23528 sfogg@corrcronin.com CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP 1001 4th Avenue, Suite 3900 Seattle, Washington  98154 Tel:  (206) 625-8600 |

*Attorneys for Defendant OfficeMax Incorporated*

| | | |
|---|---|---|
| **JOINT STATUS REPORT** (2:10-cv-01385-MJP – LEAD CASE) | - 6 - | KLARQUIST SPARKMAN, LLP 121 S.W. Salmon Street, Suite 1600 Portland, OR  97204 Tel: (503) 595-5300; Fax: (503) 595-5301 |

| | |
|---|---|
| 1 | Michael A. Jacobs (*pro hac vice*) |
| | mjacobs@mofo.com |
| 2 | Matthew I. Kreeger (*pro hac vice*) |
| | mkreeger@mofo.com |
| 3 | Richard S.J. Hung (*pro hac vice*) |
| | rhung@mofo.com |
| 4 | Francis Ho (*pro hac vice*) |
| | fho@mofo.com |
| 5 | Eric W. Ow (*pro hac vice*) |
| | eow@mofo.com |
| 6 | MORRISON & FOERSTER LLP |
| 7 | 425 Market Street |
| | San Francisco, California 94105 |
| 8 | Tel: (415) 268-7000 |

1   Michael A. Jacobs (*pro hac vice*)          */s/ Mark P. Walters (with permission)*
    mjacobs@mofo.com                             Mark P. Walters, WSBA No. 30819
2   Matthew I. Kreeger (*pro hac vice*)         mwalters@flhlaw.com
    mkreeger@mofo.com                            Dario A. Machleidt, WSBA No. 41860
3   Richard S.J. Hung (*pro hac vice*)          dmachleidt@flhlaw.com
    rhung@mofo.com                               FROMMER LAWRENCE & HAUG LLP
4   Francis Ho (*pro hac vice*)                 1191 Second Avenue Suite 2000
    fho@mofo.com                                 Seattle, Washington 98101
5   Eric W. Ow (*pro hac vice*)                 Tel: (206) 336-5684
    eow@mofo.com
6   MORRISON & FOERSTER LLP
7   425 Market Street
    San Francisco, California 94105
8   Tel: (415) 268-7000

*Attorneys for Defendant Yahoo! Inc.*

**JOINT STATUS REPORT** — - 7 -  — KLARQUIST SPARKMAN, LLP
(2:10-cv-01385-MJP – LEAD CASE)      121 S.W. Salmon Street, Suite 1600
                                      Portland, OR 97204
                                      Tel: (503) 595-5300; Fax: (503) 595-5301

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing on all counsel who are deemed to have consented to electronic service.

By: /s/      Kristin Cleveland
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301
E-mail:  kristin.cleveland@klarquist.com