Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERVAL LICENSING LLC,<br><br>                    Plaintiff,<br>      v.<br><br>AOL, INC.; APPLE, INC.; eBAY, INC.; FACEBOOK, INC.; GOOGLE INC.; NETFLIX, INC.; OFFICE DEPOT, INC.; OFFICEMAX INC.; STAPLES, INC.; YAHOO! INC.; and YOUTUBE, LLC,<br><br>                    Defendants. | Case No.  2:11-CV-00716-MJP<br><br>Lead Case No.  2:10-CV-01385-MJP<br><br>**STATUS REPORT REGARDING PETITIONS FOR REEXAMINATION** |

As instructed by the Court during the April 25, 2011 Hearing on Defendants' Motions to Sever (Dkt. 229, 230), the parties, through their undersigned whips, advise the Court of the status of the Requests for Reexamination that are pending with respect to each of the Patents-In-Suit.

| Patent No. | Request for Reexamination Filed (Control No.) | Status |
|---|---|---|
| 6,263,507 | March 17, 2011 (90/011,577) (ex parte) | Reexamination Granted 5/6/2011 |
| 6,034,652 | March 16, 2011 (90/011,576) (ex parte) | Reexamination Granted 5/20/2011 |
| 6,788,314 | March 16, 2011 (95/001,577) (inter partes) | Reexamination Granted and First Office Action Issued 5/19/2011 |
| 6,757,682 | March 16, 2011 (95/001,576) (inter partes) | Awaiting Response from PTO |

STATUS REPORT REGARDING PETITIONS FOR REEXAMINATION
Civil Case No. 2:10-CV-01385-MJP -1

**FROMMER LAWRENCE & HAUG LLP**
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
(206) 336-5690

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | FROMMER LAWRENCE & HAUG LLP |
| 4 | Dated: May 24, 2011 | By:  s/ Mark P. Walters |
| | | Mark P. Walters, WSBA No. 30819 |
| | | Dario A. Machleidt, WSBA No. 41860 |
| | | 1191 Second Avenue, Suite. 2000 |
| | | Seattle, WA 98101 |
| | | Telephone: (206) 336-5690 |
| | | Facsimile: (206) 336-5691 |
| | | Email: mwalters@flhlaw.com |
| | |         dmachleidt@flhlaw.com |
| | | *Attorneys for Defendant Yahoo! Inc.* |
| 10 | | By:  s/ Justin A. Nelson |
| | | Justin A. Nelson |
| | | SUSMAN GODFREY (WA) |
| | | 1201 Third Avenue, Suite 3800 |
| | | Seattle, WA 98101 |
| | | Telephone: (206) 516-3880 |
| | | Email: jnelson@susmangodfrey.com |
| | | *Attorneys for Plaintiff Interval Licensing* |

STATUS REPORT REGARDING PETITIONS FOR REEXAMINATION
Civil Case No. 2:10-CV-01385-MJP -2

**FROMMER LAWRENCE & HAUG LLP**
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
(206) 336-5690

# CERTIFICATE OF SERVICE

I, Laura Gold, hereby certify that on May 24, 2011, I caused the foregoing **STATUS REPORT REGARDING PETITIONS FOR REEXAMINATION** to be served on the following parties by Electronic CM/ECF:

**Attorneys for Interval Licensing LLC**
Justin A. Nelson:  jnelson@susmangodfrey.com
Edgar Guy Sargent:  esargent@susmangodfrey.com
Eric J. Enger:  EENGER@HPCLLP.COM
Matthew R. Berry:  mberry@susmangodfrey.com
Max L. Tribble:  mtribble@susmangodfrey.com
Michael F. Heim:  MHEIM@HPCLLP.COM
Nathan J. Davis:  ndavis@hpcllp.com
Douglas R. Wilson:  dwilson@HPCLLP.com
Oleg Elkhunovich:  oelkhunovich@susmangodfrey.com

**Attorneys for AOL Inc.**
Molly A. Terwilliger:  mollyt@summitlaw.com
Gerald F. Ivey:  gerald.ivey@finnegan.com
Robert L. Burns:  robert.burns@finnegan.com
Cortney S. Alexander:  cortney.alexander@finnegan.com
Elliot C. Cook:  elliot.cook@finnegan.com

**Attorneys for Apple, Inc.**
David Almeling:  dalmeling@omm.com
Brian Berliner:  bberliner@omm.com
George Riley:  griley@omm.com
Jeremy Roller:  jroller@yarmuth.com
Scott Wilsdon:  wilsdon@yarmuth.com
Neil Yang:  nyang@omm.com
Xin-Yi Zhou:  vzhou@omm.com

**Attorneys for eBay, Inc., Netflix, Inc., Office Depot, Inc. and Staples, Inc.**
Christopher Carraway:  chris.carraway@klarquist.com
Kristin Cleveland:  kristin.cleveland@klarquist.com
John Vandenberg:  john.vandenberg@klarquist.com
Christopher Wion:  chrisw@dhlt.com
Arthur Harrigan, Jr.:  arthurh@dhlt.com
Derrick W. Toddy:  derrick.toddy@klarquist.com
Jeffrey S. Love:  jeffrey.love@klarquist.com
Klaus H. Hamm:  klaus.hamm@klarquist.com

**Attorneys for Facebook, Inc.**
Heidi Keefe:  hkeefe@cooley.com
Michael Rhodes:  mrhodes@cooley.com

STATUS REPORT REGARDING PETITIONS FOR REEXAMINATION
Civil Case No. 2:10-CV-01385-MJP -3

**FROMMER LAWRENCE & HAUG LLP**
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
(206) 336-5690

Elizabeth Stameshkin: lstameshkin@cooley.com
Mark Weinstein: mweinstein@cooley.com
Chris Durbin: cdurbin@cooley.com
Sudhir Pala: spala@cooley.com

**Attorneys for Google, Inc. and YouTube, LLC**
Aaron Chase: aaron.chase@whitecase.com
Dimitrios Drivas: ddrivas@whitecase.com
John Handy: jhandy@whitecase.com
Warren Heit: wheit@whitecase.com
Kevin McGann: kmcgann@whitecase.com
Scott Johnson: sawj@stokeslaw.com
Shannon Jost: shannon.jost@stokeslaw.com
Theresa Wang: theresa.wang@stokeslaw.com
Wendi R. Schepler: wschepler@whitecase.com

**Attorneys for OfficeMax, Inc.**
Kevin Baumgardner: kbaumgardner@corrcronin.com
Steven Fogg: sfogg@corrcronin.com
John Letchinger: letchinger@wildmanharrold.com
Douglas Rupert: rupert@wildman.com
Jeff Neumeyer: jeffneumeyer@officemax.com

DATED: May 24, 2011

s/ Laura Gold
for Mark P. Walters, WSBA No. 30819
Dario A. Machleidt, WSBA No. 41860
FROMMER LAWRENCE & HAUG LLP

STATUS REPORT REGARDING PETITIONS FOR REEXAMINATION
Civil Case No. 2:10-CV-01385-MJP -4

**FROMMER LAWRENCE & HAUG LLP**
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
(206) 336-5690