UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERVAL LICENSING LLC, | LEAD CASE NO. C10-1385 MJP |
| Plaintiff, | SCHEDULING ORDER |
| v. | |
| AOL, INC., et al, | |
| Defendants. | |

This order refers to:

C11-708 MJP, C11-711 MJP, and C11-716MJP

Having reviewed the parties' joint status report, the Court sets the following deadlines as to the '652 and '314 track of this case:

| Event | Date |
|---|---|
| Interval to provide defendants with list of open discovery issues | July 20, 2012 |
| Serve supplemental preliminary infringement contentions on any new claims added during reexamination and new accused products | July 20, 2012 |
| Source code for 652/314 products already | August 1, 2012 |

SCHEDULING ORDER- 1

| | |
|---|---|
| accused made available for review and meet and meet and confer to discuss making source code available for newly identified 652/314 products | |
| Defendants respond by this date to the items on Intervals list of open discovery issues, with any meet and confers soon after | August 4, 2012 |
| Serve supplemental non-infringement contentions | August 17, 2012 |
| Meet and confer as to whether supplemental claim construction expert reports are necessary | August 24, 2012 |
| Any new terms selected for claim construction | August 24, 2012 |
| Preliminary claim chart | August 31, 2012 |
| Joint claim chart and prehearing statement | September 14, 2012 |
| Serve supplemental claim construction expert report on any new issues, if necessary | September 21, 2012 |
| Opening briefs on claim construction | October 5, 2012 |
| Response briefs on claim construction | October 26, 2012 |
| Markman hearing | November 9, 2012 at 10:00 AM |
| Motions related to discovery issues | January 31, 2013 |
| Close of fact discovery | March 1, 2013 |
| Opening expert reports on all issues | March 29, 2013 |
| Rebuttal expert reports due | April 26, 2013 |
| Joint status report to address trial issues | May 3, 2013 |
| Close of expert discovery | May 17, 2013 |
| Dispositive motion deadline | June 7, 2013 |
| Settlement conference per Local Rule CR 39.1(c)(2) held no later than | July 19, 2013 |
| Mediation per Local Rule CR 39.1(c)(3) held no later than | August 16, 2013 |
| All motions in limine must be filed by and noted on the motion calendar no later than the second Friday thereafter | August 23, 2013 |
| Agreed pretrial order due | September 6, 2013 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | September 20, 2013 |
| Objections to demonstratives, trial exhibits, depositions designations | October 4, 2013 |
| Pretrial Conference | October 8, 2013 at 2:30 PM |
| Trial Date | October 15, 2013 |

SCHEDULING ORDER- 2

1     If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or
2 federal holiday, the act or event shall be performed on the next business day. These are firm
3 dates that can be changed only by order of the Court, not by agreement of counsel or the parties.
4 The Court will alter these dates only upon good cause shown: failure to complete discovery
5 within the time allowed is not recognized as good cause.

6     The Court DENIES Defendants' request to file a motion for summary judgment prior to
7 claim construction.  No such deadline is imposed and the Court will not entertain motions for
8 summary judgment on indefiniteness prior to claim construction.  The parties should note the
9 Court has added a deadline by which all discovery-related motions must be submitted.  The
10 proposed order did not have such a deadline.  The deadline is January 31, 2013.

11     The clerk is ordered to provide copies of this order to all counsel.

12     Dated this 19th day of July, 2012.

_____
Marsha J. Pechman
United States District Judge

SCHEDULING ORDER- 3