UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERVAL LICENSING LLC, | LEAD CASE NO. C10-1385 MJP |
| Plaintiff, | SCHEDULING ORDER |
| v. | |
| AOL, INC., et al, | |
| Defendants. | |

This order refers to:

C11-708 MJP, C11-711 MJP, and C11-716MJP

Having reviewed the parties' joint status report, the Court sets the following deadlines as to the '652 and '314 track of this case:

| Event | Date |
|---|---|
| Interval to provide defendants with list of open discovery issues | July 20, 2012 |
| Serve supplemental preliminary infringement contentions on any new claims added during reexamination and new accused products | July 20, 2012 |
| Source code for 652/314 products already | August 1, 2012 |

SCHEDULING ORDER- 1

| | |
|---|---|
| accused made available for review and meet and meet and confer to discuss making source code available for newly identified 652/314 products | |
| Defendants respond by this date to the items on Intervals list of open discovery issues, with any meet and confers soon after | August 4, 2012 |
| Serve supplemental non-infringement contentions | August 17, 2012 |
| Meet and confer as to whether supplemental claim construction expert reports are necessary | August 24, 2012 |
| Any new terms selected for claim construction | August 24, 2012 |
| Preliminary claim chart | August 31, 2012 |
| Joint claim chart and prehearing statement | September 14, 2012 |
| Serve supplemental claim construction expert report on any new issues, if necessary | September 21, 2012 |
| Opening briefs on claim construction | October 5, 2012 |
| Response briefs on claim construction | October 26, 2012 |
| Markman hearing | November 9, 2012 at 10:00 AM |
| Motions related to discovery issues | January 31, 2013 |
| Close of fact discovery | March 1, 2013 |
| Opening expert reports on all issues | March 29, 2013 |
| Rebuttal expert reports due | April 26, 2013 |
| Joint status report to address trial issues | May 3, 2013 |
| Close of expert discovery | May 17, 2013 |
| Dispositive motion deadline | June 7, 2013 |
| Settlement conference per Local Rule CR 39.1(c)(2) held no later than | July 19, 2013 |
| Mediation per Local Rule CR 39.1(c)(3) held no later than | August 16, 2013 |
| All motions in limine must be filed by and noted on the motion calendar no later than the second Friday thereafter | August 23, 2013 |
| Agreed pretrial order due | September 6, 2013 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | September 20, 2013 |
| Objections to demonstratives, trial exhibits, depositions designations | October 4, 2013 |
| Pretrial Conference | October 8, 2013 at 2:30 PM |
| Trial Date | October 15, 2013 |

SCHEDULING ORDER- 2

1  If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

The Court DENIES Defendants' request to file a motion for summary judgment prior to claim construction.  No such deadline is imposed and the Court will not entertain motions for summary judgment on indefiniteness prior to claim construction.  The parties should note the Court has added a deadline by which all discovery-related motions must be submitted.  The proposed order did not have such a deadline.  The deadline is January 31, 2013.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 19th day of July, 2012.

_____
Marsha J. Pechman
United States District Judge

SCHEDULING ORDER- 3